UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-354 (RHK/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| v. ) | |
| ) | |
| SEAN ALEXANDER, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed.

Dated:  1/8/07

                                                s/Richard H. Kyle
                                                Richard H. Kyle
                                                U.S. District Court Judge